IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| DR. DAVID L. BROUILLETTE, D.C., S.C., on behalf of plaintiff and the class defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 16 C 136-DEJ |
| vs. | ) ) | |
| ACN OPPORTUNITY, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dr. David L. Brouillette, D.C., S.C. voluntarily dismisses its individual claims without prejudice and without costs against defendant ACN Opportunity, LLC. Plaintiff Dr. David L. Brouillette, D.C., S.C. voluntarily dismisses its class claims against defendant ACN Opportunity, LLC without prejudice and without costs. Plaintiff Dr. David L. Brouillette, D.C., S.C. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Bar Number: 00712094
Heather Kolbus
Bar Number: 6278239
Attorneys for Plaintiff
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603

1

(312) 739-4200
(312) 419-0379 (FAX)

2

## CERTIFICATE OF SERVICE

       I, Heather Kolbus, certify that on May 10, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send a notification of such filing to the following:

Justin O. Kay
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Ste. 3700
Chicago, IL 60606-1698


                                      s/ Heather Kolbus
                                      Heather Kolbus


Daniel A. Edelman
Bar Number: 00712094
Heather Kolbus
Bar Number: 6278239
Attorneys for Plaintiff
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

3

Case 2:16-cv-00136-DEJ   Filed 05/10/16   Page 3 of 3   Document 23